IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

```
CANDICE LOGAN,                          )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )    CV 118-081
                                        )
BOYS & GIRLS CLUBS OF THE               )
CENTRAL SAVANNAH RIVER AREA,            )
INC.,                                   )
                                        )
        Defendant.                      )
```

## O R D E R

Plaintiff filed a Motion for Court Order to Obtain Georgia Department of Labor Records, seeking the recording and/or certified transcript of a March 18, 2016, unemployment appeal hearing before the Georgia Department of Labor on Plaintiff's claim for unemployment benefits (Georgia Department of Labor Docket Number 6782-16). Under Georgia law, these records are considered private and confidential, and the Georgia Department of Labor may not make said information or records available to parties to a judicial or formal administrative proceeding unless there is a finding by the presiding officer that the need for the information or records outweighs any reasons for the privacy and confidentiality of the records. See O.C.G.A. § 34-8-126.

In accordance with the applicable Georgia statute, and for the reasons stated in Plaintiff's motion, the Court finds the need for the information or records in the Georgia Department of Labor proceeding outweighs any reasons for privacy and confidentiality of the

records.  The Court **GRANTS** Plaintiff's motion, (doc. no. 13), and **ORDERS** that Plaintiff be provided with a certified copy of the recording and/or transcript of the March 18, 2016, Georgia Department of Labor unemployment appeal hearing.

The discovery period shall be extended solely for the limited purpose of obtaining these records.  Plaintiff shall file a notice with the Court within two business days of receipt of the Department of Labor records released pursuant to this Order.  Motions for summary judgment shall be due within thirty days of receipt of the records.

SO ORDERED this 19th day of February, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA