IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
CANDICE LOGAN,                      *
                                    *
     Plaintiff,                     *
                                    *
     v.                             *    CV 118-081
                                    *
BOYS & GIRLS CLUBS OF THE           *
CENTRAL SAVANNAH RIVER AREA,        *
INC.,                               *
                                    *
     Defendant.                     *
```

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 21.) Plaintiff and Defendant signed the voluntary dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of May, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA